**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Laurine Spivey aka Laurine Spivey-Ferguson | CHAPTER 13 |
| | BKY. NO. 18-17727 ELF |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Park Place Securities, Inc., Asset-Backed Pass-Through Certificated, Series 2004-WWF1 U. S. Bankl National Association, as Triustee, successor in interest to Wachovia Bank, N.A., as Trustee and index same on the master mailing list.

        Respectfully submitted,
        **/s/ Kevin G. McDonald Esquire**
        Rebecca A Solarz, Esquire
        Kevin G. McDonald, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322