IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Laurine Spivey  Debtor | ) ) ) ) ) | Chapter 13  No. 18-17727-MDC |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Approve Loan Modification and respectfully request that the Order attached to the Motion be approved.

                                              /s/David M. Offen
                                              David M. Offen
                                              Attorney for Debtor(s)

Date: 2/25/20