IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Laurine Spivey | : | No. 18-17727-ELF |
| Debtor | : | |

ANSWER TO MOTION OF SPECIALIZED LOAN SERVICING
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. As per the confirmed Chapter 13 Plan, Specialized Loan Servicing's Secured Claim in the amount of $69,989.02 is to be paid in full through the Chapter 13 Plan.

7. Denied. As per the confirmed Chapter 13 Plan, Specialized Loan Servicing's Secured Claim in the amount of $69,989.02 is to be paid in full through the Chapter 13 Plan.

8. Denied. As per the confirmed Chapter 13 Plan, Specialized Loan Servicing's Secured Claim in the amount of $69,989.02 is to be paid in full through the Chapter 13 Plan.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)

Dated: 3/10/20

CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca Solarz on behalf of Specialized Loan Servicing
bkgroup@kmllawgroup.com

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 3/10/20