# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Laurine Spivey aka Laurine Spivey-Ferguson<br>Debtor | |
| | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for Park Place Securities, Inc., Asset-Backed Pass-Through Certificated, Series 2004-WWF1 U. S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, its successors and/or assigns<br>Movant<br>vs. | NO. 18-17727 ELF |
| Laurine Spivey aka Laurine Spivey-Ferguson<br>Debtor | 11 U.S.C. Section 362 |
| William C. Miller, Esquire<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion to Approve Loan Modification of Specialized Loan Servicing as servicer for Park Place Securities, Inc., Asset-Backed Pass-Through Certificated, Series 2004-WWF1 U. S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, which was filed with the Court on or about January 24, 2020 (Document No. 35).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

April 1, 2020