IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: LAURINE SPIVEY<br>**Debtor(s)** | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL<br>**Moving Party** | CASE NO. 18-17727 (ELF) |
| | HEARING DATE: **3-31-20 at 9:30 AM** |
| v. | |
| LAURINE SPIVEY<br>**Respondent(s)** | 11 U.S.C. 362 |
| WILLIAM C. MILLER<br>**Trustee** | |

## ORDER MODIFYING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

    Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    **ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's *in rem* rights in the personal property described as a **2011 Nissan Pathfinder** bearing vehicle identification number 5N1AR1NB0BC615364 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:  4/3/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**