United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17727-elf
Laurine Spivey                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith           Page 1 of 1          Date Rcvd: Apr 06, 2020
                              Form ID: pdf900       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2020.
db              +Laurine Spivey,    7164 Georgian Road,    Philadelphia, PA 19138-2119
cr              +Park Place Securities, Inc.,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr              +U.S. BANK NATIONAL ASSOCIATION ET.AL.,    c/o JEROME B. BLANK,    1617 JFK Boulevard,
                  Philadelphia, PA 19103-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 07 2020 06:15:49
                  AmeriCredit Financial Services, Inc. dba GM Financ,    4000 Embarcadero Dr.,
                  Arlington, TX 76014-4101
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 07 2020 06:15:49
                  Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                  Arlington, TX 76096-3853
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Laurine  Spivey dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Park Place Securities, Inc., Asset-Backed
               Pass-Through Certificated, Series 2004-WWF1 U. S. Bankl National Et Al... bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Park Place Securities, Inc., Asset-Backed
               Pass-Through Certificated, Series 2004-WWF1 U. S. Bankl National Et Al... bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Park Place Securities, Inc. bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Americredit Financial Services, Inc. Dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: LAURINE SPIVEY ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | CASE NO. 18-17727 (ELF) |
| dba GM FINANCIAL ) | |
| **Moving Party** ) | |
| ) | HEARING DATE: **3-31-20 at 9:30 AM** |
| v. ) | |
| ) | |
| LAURINE SPIVEY ) | 11 U.S.C. 362 |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's *in rem* rights in the personal property described as a **2011 Nissan Pathfinder** bearing vehicle identification number 5N1AR1NB0BC615364 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: 4/3/20

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**